IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY <br> AND ETHICS IN WASHINGTON, <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE <br><br> *Defendant.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 21-cv-2637-RBW <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT**

Pursuant to Court's Minute Order entered January 5, 2022, the parties have conferred and hereby report the following:

1. This case concerns a Freedom of Information Act ("FOIA") request ("Request") that Plaintiff, Citizens for Responsibility and Ethics in Washington ("CREW"), submitted to Defendant, the U.S. Department of Justice ("DOJ"), on August 2, 2021.

2. The Office of Legal Counsel ("OLC") completed its response on January 31, 2022. OLC identified three documents that may be responsive to the request, which OLC construed broadly. OLC produced in full one of these documents. The remaining two documents were withheld in full under FOIA's Exemption 5, 5 U.S.C. § 552(b)(5).

3. Plaintiff subsequently requested a description of the two withheld documents. OLC agreed to provide that in an effort to narrow or eliminate the issues for further litigation.

4. The parties therefore propose to file a further joint status report on March 1, 2022, to update the Court on the status of the case and to propose a briefing schedule, if necessary.

5. A proposed order is attached.

1

Dated: February 15, 2022                                Respectfully submitted,

/s/ Anne L. Weismann                                    BRIAN D. NETTER
ANNE L. WEISMANN                                        Deputy Assistant Attorney General
5335 Wisconsin Avenue, N.W.,
Suite 640                                               MARCIA BERMAN
Washington, D.C. 20015                                  Assistant Branch Director
Telephone: (301) 717-6610                               Federal Programs Branch
Email: weismann.anne@gmail.com

*Attorney for Plaintiff*                                 /s/ Amber Richer
                                                        AMBER RICHER (CA Bar No. 253918)
                                                        Trial Attorney
                                                        U.S. Department of Justice
                                                        Civil Division, Federal Programs Branch
                                                        1100 L Street, NW
                                                        Washington, D.C. 20530
                                                        Tel: (202) 514-3489
                                                        Email: amber.richer@usdoj.gov

                                                        *Attorneys for Defendant*